IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff | : | No. 1:20-CV-1416 |
| | : | |
| v. | : | Judge Jones |
| | : | |
| SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA, | : | Electronically Filed Document |
| | : | |
| Defendant | : | Complaint Filed 08/11/20 |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Defendant in the above-captioned matter.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: *s/ Lindsey A. Bedell*
LINDSEY A. BEDELL
Deputy Attorney General
Attorney ID #308158

KAREN M. ROMANO
Chief Deputy Attorney General
Civil Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 772-3561

lbedell@attorneygeneral.gov

Date:   August 26, 2020

*Counsel for Defendant Shippensburg University of Pennsylvania*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff | : | No. 1:20-CV-1416 |
| | : | |
| v. | : | Judge Jones |
| | : | |
| SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA, | : | Electronically Filed Document |
| | : | |
| Defendant | : | Complaint Filed 08/11/20 |

## CERTIFICATE OF SERVICE

I, Lindsey Bedell, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on August 26, 2020, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

### VIA ECF

Samuel Dion, Esquire
Dion & Goldberger
1845 Walnut Street, Suite 1199
Philadelphia, PA  19103
samueldion@aol.com
*Counsel for Plaintiff*

                                                 *s/ Lindsey A. Bedell*
                                               **LINDSEY A. BEDELL**
                                               Deputy Attorney General