IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | No. 1:20-CV-01416 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 7th day of March 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Shippensburg University of Pennsylvania's Motion for Summary Judgment (Doc. 19) is **DENIED IN PART AND GRANTED IN PART**, as follows:

    a. **DENIED** as to Plaintiff Jane Doe's claim of quid pro quo sexual harassment under Title IX.

    b. **GRANTED** as to Jane Doe's state-law claims of intentional infliction of emotional distress and negligent supervision.

2. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge